UNITED STATES DISTRICT COURT
FOR THE STATE OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 16  P 3: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

HENRY COLON
   PETITIONER,

V.

TOM RIDGE ET, AL.
   RESPONDENT

DOCKET NO:_____

05-10316 GAO

Referred to MJ RB Collings

## MOTION FOR EMERGENCY REQUEST FOR A STAY OF REMOVAL

Simultaniusly with the filing of a pro-se Petition for writ of Habeas Curpus, Petitioner Henry Colon, files the instant Emergency Request for a stay of removal. Petitioner respectfully request that this court grant him a stay of removal on the grounds that this case presents serious legal and constitutional issues requiring judicial review; Petitioner has strong likelihood of succeeding on the merits of his case; and Petitioner is presently detained in the custody of BHS-ICE, facing imminent deportation, which would result in irreparable harm if a stay of removal is not granted by this court pending review of this case.

The instant petition presents the serious legal and constitutional issue of whether Petitioner's 2004 conviction of which he recieved one year for that has been subsequently reviced and revoked to a lesser sentence of three hundred and sixty four (364) days precludes him from having his proceedings terminated or in the alternative seek relief from deportation. However, it is neccessary for this court to

enter a stay of removal in order to prevent Petitioner's deportation while this court review his case.

Therefore, Petitioner respectfully prays that this court grant his request for a stay of removal pending the court's review of his case.

DATED THIS 10 DAY OF FEBRUARY 2005

                                                 RESPECTFULLY SUBMITTED

                                                 HENRY COLON
                                                 BOP# 22625-265
                                                 FEDERAL DETENTION CENTER
                                                 P.O. BOX 5010
                                                 OAKDALE LA 71463

## CERTIFICATE OF SERVICE

I HENRY COLON HEREBY CERTIFY THAT THIS MOTION FOR EMERGENCY REQUEST FOR A STAY OF REMOVAL WAS CAUSED TO BE MAILED BY PROPER PRE-PAID POSTAGE ENVELOP THIS COURT AT:

>U.S. COURTHOUSE
>1 COURTHOUSE WAY
>BOSTON, MA 02210

ALSO TO THE DISTRICT ATTORNY'S OFFICE VIA THE SAME ADDRESS.

DATED THIS 10 DAY OF FEBRUARY 2005

RESPECTFULLY SUBMITTED

HENRY COLON
BOP# 22625-265
FEDERAL DETENTION CENTER
P.O. BOX 5010
OAKDALE LA 71463

Law Office of
## Colleen A. Tynan
460 County Street
New Bedford, Ma 02740

Phone 508-997-9393     Fax 508-999-9888

November 23, 2004

Henry Colon
ID 22625-265
Federal Detention Center
P.O. Box 5010
Oakdale, LA 71463

Dear Henry:

    Enclosed is a certified copy of the New Bedford District Court Docket showing that your sentence was reduced to less than one year. I set up an appointment for your family to meet an Immigration Lawyer. His name is Brian Silva. If your mother does not hire Brian, you need to make sure you file a Motion to Re-Open your case and attach the enclosed certified copy.

Good Luck Henry,

*Colleen A. Tynan*

CAT/cfm

Enclosure

**EXHIBIT A**

Case 1:05-cv-10316-GAO    Document 1    Filed 02/16/2005    Page 5 of 11

**EXHIBIT B**

| CRIMINAL DOCKET | DOCKET NO. 0333CR006456 | ATTORNEY NAME H Wilson |
|---|---|---|

**COURT DIVISION:** New Bedford
**INTERPRETER REQUIRED:** ☐

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT:**
COLON, HENRY
14 REYNOLDS STREET
NEW BEDFORD, MA 02746

**DEFT. DOB AND SEX:** 05/23/1974 M
**DATE OF OFFENSE(S):** 10/11/2003
**PLACE OF OFFENSE(S):** NEW BEDFORD
**COMPLAINANT:**
**POLICE DEPARTMENT (if applicable):** NEW BEDFORD PD - REC
**DATE OF COMPLAINT:** 10/14/2003
**RETURN DATE AND TIME:** 10/16/2003 09:00:00

**DATE and JUDGE:** 10/16/03

**DOCKET ENTRY:**
- ☐ Attorney appointed (SJC R. 3:10)
- ☐ Atty denied and Deft Advised per 211D §2
- ☐ Waiver of counsel found after colloquy
- Terms of release set:
  - ☐ PR  ☐ Bail
  - ☐ Held (276 §58A)
  - ☐ See back for special conditions
- Arraigned and advised:
  - ☐ Potential of bail revocation (276 §58)
  - ☐ Right to bail review (276 §58)
  - ☐ Right to drug exam (111 E §10)
- Advised of right to jury trial:
  - ☐ Does not waive
  - ☒ Waiver of jury trial found after colloquy
- Advised of trial rights as pro se (Supp. R. 4)
- Advised of right of appeal to Appeals Ct (R. 28)

**4-13-04 Gilligan**

---

**COUNT/OFFENSE**
1. 266/28/B MOTOR VEH, LARCENY OF c266 §28(a)

**FINE:** 561.36  **SURFINE:**  **COSTS:**  **RESTITUTION:** 780.65  **V/W ASSESSMENT:** ☐ WAIVED

**DISPOSITION DATE and JUDGE:** 4-13-04 Gilligan

**DISPOSITION METHOD:**
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☒ Bench Trial
- ☐ Jury Trial
- ☐ None of the Above

**FINDING:**
- ☐ Not Guilty
- ☒ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
1 yr HOC
s/s 1 yr.

---

**COUNT/OFFENSE**
2. 94C/32C/C DRUG, POSSESS TO DISTRIB CLASS D c94C §

**DISPOSITION DATE and JUDGE:** 4-13-04 Gilligan

**DISPOSITION METHOD:**
- ☒ Bench Trial

**FINDING:**
- ☒ Guilty

only as to so much as alleges possession of Class D
6 mos HOC
cm/ct

---

**COUNT/OFFENSE**
3. 94C/32J DRUG VIOLATION NEAR SCHOOL/PARK c94C §32

**DISPOSITION DATE and JUDGE:** 4-13-04 Gilligan

**DISPOSITION METHOD:**
- ☒ Bench Trial

**FINDING:**
- ☒ Not Guilty

*True Copy Attest / Asst. Clerk Magistrate*

---

**COUNT/OFFENSE**
4. 90/23/D LICENSE SUSPENDED, OP MV WITH c90 §23

**DISPOSITION DATE and JUDGE:** 4-13-04 Gilligan

**DISPOSITION METHOD:**
- ☒ Bench Trial

**FINDING:**
- ☒ Guilty

1 yr prob

---

☒ ADDITIONAL COUNTS ATTACHED

**COURT ADDRESS:** New Bedford District Court, 75 North Sixth Street

A TRUE COPY ATTEST: X

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                       THIRD DISTRICT COURT
                                                   JURY SESSION
                                                   DOCKET #s  0333CR6456

COMMONWEALTH         )
                     )
v.                   )
                     )
HENRY COLON          )

## MOTION TO REVISE AND REVOKE

Now comes the defendant in the above-entitled matter and moves the Court, pursuant to Mass.R.Crim.P. 29(a), to revise and revoke his sentence.

This motion is timely filed. The defendant requests a hearing on this motion.

Respectfully submitted,

HENRY COLON
By His Attorney

AMELIA A. WILSON
BBO # 648147
56 N. Main Street, Suite 230
Fall River, MA 02720
508-678-9915

Dated: March 15, 2004

Allowed
Wilson-V
11/22/04
Count I Larceny of M/V Reduced + Suspended for 1 YR -
to 364 DAYS

True Copy
Attest:
Asst. Clerk Magistrate

| DOCKET CONTINUATION | NAME OF CASE Henry Colon | DOCKET NUMBER 03-6456 |
|---|---|---|

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
|  | 11/22/04 | A's motion to Revise + Revoke Allowed – sentence reduced to 364 days HOC suspended to 4-12-05 (Milligan, J). |

True copy Attest:
Asst. Clerk Magistrate



U.S. **Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

**COLON, HENRY**
**BOP#22625-265; FDC P.O. BOX 5010**
**OAKDALE, LA 71463-0000**

**FEDERAL DET. CENTER-OAKDALE 2**
**P.O. Box 1128**
**OAKDALE, LA 71463**

Name: COLON, HENRY

A40-077-153

**D**ate of this notice: 02/01/2005

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

Frank Krider
Chief Clerk

Enclosure

Panel Members:
    PAULEY, ROGER



| U.S. Department of Justice | Decision of the Board of Immigration Appeals |
|---|---|
| Executive Office for Immigration Review | |

Falls Church, Virginia 22041

---

File:   A40-077-153 - OAKDALE              Date:

                                           FEB - 1 2005

In re: COLON, HENRY

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT: Pro se

ON BEHALF OF DHS: Nora E. Norman, Assistant Chief Counsel


ORDER:

   PER CURIAM. The appeal will be dismissed. The record reflects that the respondent waived appeal. The summary of the Immigration Judge's oral decision dated October 04, 2004, noted that the respondent had waived appeal. We also note that the transcript of proceedings, page 4, lines 9-17, shows the respondent waived appeal. On October 18, 2004, the respondent filed a Notice of Appeal (Form EOIR-26). Upon review, we find that this case is not properly before us, as the respondent has made no argument that the decision to waive appeal was not a knowing and intelligent one. Thus, the Immigration Judge's decision became administratively final upon the respondent's waiver of the right to appeal, and the Board lacks jurisdiction over this case. *See Matter of Shih*, 20 I&N Dec. 697 (BIA 1993). Accordingly, the appeal is dismissed and the record is returned to the Immigration Court without further Board action.

                    _____
                           FOR THE BOARD