```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

HENRY COLON,                      )
                                  )
          Petitioner,             )
                                  )
     v.                           )Civil Action No. 05-10316-GAO
                                  )
TOM RIDGE, ET AL,                 )
          Respondents.            )
```

ORDER OF DISMISSAL

O'TOOLE, D.J.

    In accordance with the Memorandum and Order dated February 24, 2005, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed.

                                                              By the Court,

                                                              /s/ Paul Lyness
                                                              Deputy Clerk

February 24, 2005